IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:05CR82-2 |
| | ) | |
| DONNA ANN BLACKMON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Indictment [Document #48] is DENIED.

This, the 21st day of July, 2005.

_____
United States District Judge